■ EASTERN EXTERMINATING CO., INC., et al., Petitioners, v HENRY G. WILLIAMS, as Commissioner of the New York State Department of Environmental Conservation, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination by respondent dated June 21, 1984, made after a hearing, which revoked petitioners' registration and certification for the commercial application of pesticides.

Determination confirmed and proceeding dismissed on the merits, with costs.

After a hearing, respondent found that petitioners violated State regulations by misapplying the pesticide chlordane in 16 separate instances in which homes in Nassau and Suffolk Counties became contaminated as a result. The respondent Commissioner thereafter revoked the registration and certification of petitioners for commercial pesticide application.

Substantial evidence supports the determination of the Commissioner (*Matter of Pell v Board of Educ.,* 34 NY2d 222). The penalty of revocation was not disproportionate in light of the serious risk to public health and safety caused by petitioners' irresponsible and reckless conduct (*Matter of Pell v Board of*

*Educ., supra).* Petitioners' procedural objections are without merit. Mangano, J. P., Brown, Rubin and Lawrence, JJ., concur.